IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL STEWART, | : | |
|     Plaintiff, | : | 1:14-cv-1846 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| STYKA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

### August 13, 2015

**NOW, THEREFORE,** upon consideration of Defendants' amended motion (Doc. 26) to dismiss, and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' amended motion (Doc. 26) to dismiss is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** in it's entirety.

3. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ John E. Jones III
                                            John E. Jones III
                                            United States District Judge